UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,                     Case No. 2:05:CR:23

v.

                                         HON. GORDON J. QUIST

PATRICK LAWRENCE SEYMOUR,

       Defendant.

_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed September 28, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Patrick Lawrence Seymour's pleas of guilty to Counts One and Two of the Superseding Felony Information are accepted. Defendant Patrick Lawrence Seymour is adjudicated guilty.

3. Defendant Patrick Lawrence Seymour shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: October 21, 2005                                           /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE